FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.   9ᴷ

2019 MAY -2 ₽ 2: 02

WILLIAM W. BLEVINS
CLERK



### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

FELONY

<u>INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 19 - 00080 |
| **VERSUS** | * | **SECTION:** SECT. F MAG. 5 |
| **JUAN SANTOS PEREZ-ZAVALA** | * | **VIOLATIONS: 18 U.S.C. § 922(g)(5)(A)** |
| | | **18 U.S.C. § 924(a)(2)** |

\* \* \*

The Grand Jury charges that:

### <u>COUNT 1</u>

On or about April 16, 2019, in the Eastern District of Louisiana, the defendant, **JUAN SANTOS PEREZ-ZAVALA**, an alien present illegally and unlawfully in the United States, did knowingly possess in and affecting commerce, a firearm, to wit: a Keltec, Model P11, 9 millimeter semi-automatic pistol, bearing serial number 88811, said firearm having been shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

X Fee_ U S A
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

## NOTICE OF GUN FORFEITURE

1.      The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c).

2.      As a result of the offense alleged in Count 1, the defendant, **JUAN SANTOS PEREZ-ZAVALA**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Sections 922(g)(5)(A), as alleged in Count 1 of this Indictment.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty.

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

2

All in violation of Title 18, United States Code, Section 924(d)(1), made applicable through

Title 28, United States Code, Section 2461.

A TRUE BILL:



PETER G. STRASSER
UNITED STATES ATTORNEY

CARTER K. D. GUICE, JR.
Assistant United States Attorney
Louisiana Bar Roll No. 16771

New Orleans, Louisiana
May 2, 2019

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

### JUAN SANTOS PEREZ-ZAVALA

# INDICTMENT

**VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT**

**VIOLATIONS: Title 18, U.S.C., Section 922(g)(5)(A)
Title 18, U.S.C., Section 924(a)(2)**

_A true bill._

_Filed in open court this _____ day of
_____ A.D. 2019._

_____ _Clerk_

_Bail, $_ _____

Carter K. D. Guice, Jr.
Assistant United States Attorney