MINUTE ENTRY
VITTER, J.
FEBRUARY 11, 2019
JS10:  00:36

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-80 |
| JUAN SANTOS PEREZ-ZAVALA | SECTION "D" |

## RE-ARRAIGNMENT

Courtroom Deputy:   Melissa Verdun
Court Reporter:     Karen Ibos
Law Clerk:          Frances Montegut

APPEARANCES:   Carter Guice, Jr., Asst. U. S. Attorney
Samuel Scillitani, Jr., Counsel for Defendant
Rene Williams, U. S. Probation Officers
Interpreter: Lilliam Zayas, designated by the Court
and sworn by the Deputy Clerk (1:32 pm to 2:08 pm)
Juan Santos Perez-Zavala, Defendant

Case called at 1:32 p.m.; all present and ready.
Defendant sworn and questioned by the Court.
Reading of the Indictment waived by the defendant.
Defendant pleads Guilty as to Count 1 of the Indictment.
Defendant informed of maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant informed of rights to trial by jury or by the court and waives same.
Counsel for defendant questioned by the Court.
Government summarizes the factual basis.
Government submits the factual basis to the court and same is filed.
Government submits Exhibits 1 and 2 which are documents from Criminal Division Chief, 22nd J.D.C. regarding state charges. Exhibits are entered into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation ORDERED.
Sentencing is set for **TUESDAY, MAY 12, 2020, AT 1:30 P.M.**
Defendant is remanded to the custody of the U.S. Marshal.
Court adjourned at 2:08 p.m.

IT IS ORDERED that the pretrial and trial dates are CANCELED as to Juan Santos Perez-Zavala.

WBV