

**U.S. Department of Justice**

*Eastern District of Louisiana*
*United States Attorney's Office*

---

| | | |
|---|---|---|
| *Carter K. D. Guice*<br>*Assistant United States Attorney* | *650 Poydras Street, Suite 1600*<br>*New Orleans, Louisiana 70130* | *Telephone: (504) 680-3072*<br>*Fax: (504) 589-4395* |

February 5, 2020

Colin Sims, Esq.
Criminal Division Chief
22nd JDC District Attorney's Office
701 N. Columbia Street
Covington, La 70433

RE:   *United States v. Juan Santos Perez-Zavala*
      22nd *JDC Criminal Docket Number: 0759F2019*

Dear Colin:

This letter is to confirm that your office will allow the United States Attorney's Office for the Eastern District of Louisiana to adopt the prosecution of the above referenced defendant. As we have previously discussed the government has charged Mr. Perez-Zavala with a violation of Title 18, United States Code, Section 922(g), illegal in possesion of a firearm. The defendant was indicted on May 2, 2019. The defendant's attorney, Samuel Scillitani has indicated that the defendant will plead guilty to the federal charges. A rearraignment date of February 11, 2020 has been set before Judge Wendy Vitter.

As you are aware, Mr. Scillitani is hesitant to have his client sign a factual basis admitting possession of the weapon in federal court while state charges are pending. This office will forward in the near future a letter from Mr. Strasser to Mr. Montgomery confirming the adoption of this matter. Thank you for your cooperation.

Respectfully,

PETER G. STRASSER
UNITED STATES ATTORNEY

*Carter K. Guice*
CARTER K. D. GUICE
Assistant United States Attorney

CKDG/jm
Enclosures

GOVERNMENT
EXHIBIT
1