# Guice, Carter (USALAE)

**From:** Julious C. Sims <csims@22da.com>
**Sent:** Monday, February 10, 2020 5:23 PM
**To:** Guice, Carter (USALAE)

We will dismiss our charges and defer.

Sent from my iPhone



1