UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-80 |
| v. | * | SECTION: "D" |
| JUAN SANTOS PEREZ-ZAVALA | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **JUAN SANTOS PEREZ-ZAVALA** (hereinafter "**PEREZ**"), has agreed to plead guilty as charged to the one-count indictment charging him with possessing a firearm while being an illegal alien, in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(2).

Should this matter have gone to trial, the government would have proven, through the introduction of competent testimony and other admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the indictment now pending against the defendant:

On April 16, 2019, the St. Tammany Parish Sheriff's Office responded to a call for service in Slidell, Louisiana in the Eastern District of Louisiana. **PEREZ** admitted to possessing a KELTEC Model P-11 9 millimeter pistol, serial number 88811. Research into the firearm's history indicated that it was manufactured in Florida and had been in interstate commerce.

According to government records, **PEREZ** is a Mexican citizen and is not an American citizen or legal permanent resident of the United States. He re-entered the United States at an unknown time and place and is illegally present in the Eastern District of Louisiana.

AUSA _CB_
Defendant _JSPZ_
Defense Counsel _SS_

These facts would have been proven by testimony and documents of the St. Tammany Sheriff's Office and agents of the Department of Homeland Security.

_____   2-11-2020
CARTER K. D. GUICE JR.         Date
Assistant United States Attorney

_____   2/11/2020
SAMUEL J. SCILLITANI, JR.      Date
Attorney for the Defendant

_____   2/11/20
JUAN SANTOS PEREZ-ZAVALA       Date
Defendant